**DISMISS and Opinion Filed May 17, 2021**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-20-01109-CV**

**RAHCHIDATOU ABIBOU, Appellant**

**V.**

**AH TRAILS PROPERTY INVESTOR, LLC D/B/A THE TRAILS OF WHITE ROCK, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-04261-E**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. After appellant failed to respond to our request about the reporter's record, we ordered the appeal submitted without a reporter's record and appellant's brief to be filed by April 15, 2021. By postcard dated April 20, 2021, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file his brief by that time might result in the dismissal of this appeal without further notice. To date, appellant has not filed a

brief, filed an extension motion, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

201109F.P05



# Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

RAHCHIDATOU ABIBOU,
Appellant

No. 05-20-01109-CV     V.

AH TRAILS PROPERTY
INVESTOR, LLC D/B/A THE
TRAILS OF WHITE ROCK,
Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-20-04261-
E.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered May 17, 2021